## BARBARA E. DOTTERWEICH *v.* JOHN T. DOTTERWEICH

[No. 68, April Term, 1938.]

*Decided June 20th, 1938.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*J. Calvin Carney,* for the appellant.

*Paul M. Higinbothom* and *Sophie K. Nordenholz,* for the appellee.

SLOAN, J., delivered the opinion of the Court.